**United States District Court**
For the Northern District of California

1
2
3
4
5

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA

7

8  JASON HANANIA,                                     No. C-11-0608 EMC

9          Plaintiff,

**JUDGMENT IN A CIVIL CASE**

10      v.

11  ERIC HOLDER, *et al.*,

12          Defendants.
                                                    /
13

14      ( )  **Jury Verdict.** This action came before the Court for a trial by jury. The issues

15  have been tried and the jury has rendered its verdict.

16      (X)  **Decision by Court.** This action came to trial or hearing before the Court. The

17  issues have been tried or  heard and a decision has been rendered.

18      **IT IS SO ORDERED AND ADJUDGED** pursuant to the **ORDER GRANTING**

19  **DEFENDANTS' MOTION TO DISMISS** dated September 12, 2011, Judgment is entered in

20  favor of Defendants.  The Clerk of the Court is directed to close the file in this case.

21
    Dated: September 13, 2011                    Richard W. Wieking, Clerk
22

23

24                                               By: Betty Lee
                                                 Deputy Clerk
25

26

27

28