United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HANANIA, | No. C-11-0608 EMC |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| ERIC HOLDER, *et al.*, | |
| Defendants. | |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** pursuant to the **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** dated September 12, 2011, Judgment is entered in favor of Defendants. The Clerk of the Court is directed to close the file in this case.

Dated: September 13, 2011                    Richard W. Wieking, Clerk

                                             By: Betty Lee
                                             Deputy Clerk